MICHAEL HALLORAN and Another, Appellants, v. N. & C. CONTRACTING COMPANY, Respondent.— Order reversed upon the law, with ten dollars costs and disbursements, and plaintiffs' motion for an order for the examination of defendant

and the production of certain books and papers granted, with the exception of the matters stated in paragraph I (a) and (b) and paragraph VI (a), (b) and (f) of the notice of motion, with ten dollars costs. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.